# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT KNOXVILLE

### MARCH 1997 SESSION

FILED

April 21, 1997

Cecil Crowson, Jr.
Appellate Court Clerk

| | |
|---|---|
| **THOMAS FRANKLIN MYNATT,** | ) |
| | ) C.C.A. No. 03C01-9606-CR-00218 |
| Appellant, | ) |
| | ) Knox County |
| V. | ) |
| | ) Honorable Mary Beth Leibowitz, Judge |
| | ) |
| **STATE OF TENNESSEE,** | ) (Pretrial Jail Credit) |
| | ) |
| Appellee. | ) |

FOR THE APPELLANT:

Thomas Franklin Mynatt, pro se
Route 4, Box 600
Pikeville, TN 37367

FOR THE APPELLEE:

John Knox Walkup
Attorney General & Reporter

Michael J. Fahey, II
Assistant Attorney General
450 James Robertson Parkway
Nashville, TN 37243-0493

Randall E. Nichols
District Attorney General
City-County Building
Knoxville, TN 37902

OPINION FILED: _____

**AFFIRMED**

**PAUL G. SUMMERS,**
Judge

**OPINION**

The appellant, Thomas Franklin Mynatt, appeals <u>pro</u> <u>se</u> from a judgment entered by the Knox County Criminal Court. The appellant's sole issue on appeal is that the trial court committed plain error by not indicating on the judgment the dates for which the appellant's pretrial jail credit would apply. He requests that this Court remand this case to the trial court for a hearing.

The appellant contends that although the trial court stated the dates for which the appellant received credit in its order of dismissal, the trial court did not reflect the dates on the judgment itself. However, the trial court did indicate on the judgment that the appellant receive seventy-eight days pretrial jail credit and that was sufficient.

This Court affirms the judgment of the trial court in accordance with Rule 20 of the Court of Criminal Appeals of Tennessee.

_____
PAUL G. SUMMERS, Judge

CONCUR:


_____
JOHN H. PEAY, Judge


_____
CORNELIA A. CLARK, Special Judge

-2-